IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CORA CLARK                                                                                           PLAINTIFF

v.                                    Case No. 4:17-cv-4075

TYSON FOODS, INC.                                                                              DEFENDANT

## ORDER

Before the Court is a Motion to Withdraw as Counsel filed by Plaintiff's counsel, Jonathan Prazak and Jack N. Boyd, Jr. of the law firm Boyd Prazak, LLP. ECF No. 13. In the instant motion, Mr. Prazak and Mr. Boyd move for leave to withdraw themselves, as well as their law firm, from any further obligation to represent Plaintiff in this matter. Mr. Prazak and Mr. Boyd maintain that the motion is based on good cause and is not sought for the purpose of delay.

Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the Court finds that the Motion to Withdraw as Counsel (ECF No. 13) should be and hereby is **GRANTED**. The Clerk of Court is **DIRECTED** to terminate attorneys Jonathan Prazak, Jack N. Boyd, Jr. and their firm Boyd Prazak, LLP, as counsel of record for Plaintiff. To that end, Mr. Prazak and Mr. Boyd shall provide Plaintiff with a complete copy of her case file within seven (7) days of the entry of this Order.

In addition, the Court observes that this withdrawal leaves Plaintiff without counsel of record in this action. In light of the foregoing, the Court hereby **STAYS** the deadlines set forth in the Final Scheduling Order (ECF No. 12) for sixty (60) days, measured from the entry of this Order. Plaintiff shall have thirty (30) days from the entry of this Order to obtain new counsel or otherwise indicate her desire to proceed *pro se*. If Plaintiff fails to obtain new counsel or otherwise

indicate her desire to proceed *pro se* within this period, the Court will assume that she intends to proceed *pro se* in this matter. The Clerk of Court is **DIRECTED** to send Plaintiff a copy of this Order, as well as the Manual for *Pro Se* Litigants, to the following address: P.O. Box 6406, Texarkana, Texas 75505.

    **IT IS SO ORDERED**, this 8th day of August, 2018.

                                             /s/ Susan O. Hickey
                                             Susan O. Hickey
                                             United States District Judge