IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CORA CLARK                                                          PLAINTIFF

v.                          Case No. 4:17-cv-04075

TYSON FOODS, INC.                                                   DEFENDANT

## ORDER

Plaintiff's counsel, Jack Boyd and Jonathon Prazak filed a Motion to Withdraw as Counsel on July 24, 2018. The Court granted the motion to withdraw on August 8, 2018. After withdrawing, Plaintiff's counsel learned that the address they had provided for Plaintiff was no longer valid. Plaintiff's counsel eventually contacted Plaintiff by phone and delivered Plaintiff her file. At that time, Plaintiff's counsel did not obtain a current address from Plaintiff.

Since Mr. Boyd and Mr. Prazak's withdraw, the Court has attempted to contact Plaintiff at the address provided by Mr. Boyd and Mr. Prazak to deliver Plaintiff materials to proceed as a *pro se* litigant. All correspondence has been returned to the Court due to an invalid address. Additionally, on August 16, 2018, Defendant attempted to serve Plaintiff with its Motion for Summary Judgement, but the motion was also returned for an insufficient address. It is necessary for the Court to have an accurate address for Plaintiff so that future orders and other communication can be mailed to Plaintiff. The Court directs Mr. Boyd and Mr. Prazak to file a notice of Plaintiff's current address on or before October 3, 2018.

**IT IS SO ORDERED**, this 25th day of September, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge