IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CORA CLARK                                                                                                PLAINTIFF

v.                                            Case No. 4:17-cv-04075

TYSON FOODS, INC.[1]                                                                            DEFENDANT

## JUDGMENT

Pursuant to the reasons set forth in the Memorandum Opinion in this case of even date, Tyson Foods, Inc.'s Motion for Summary Judgement (ECF No. 18) should be and hereby is **GRANTED**. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITH PREDJUDICE**.

**IT IS SO ORDERED**, this 25th day of October, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] Defendant Tyson Foods, Inc. states that it was incorrectly named in Plaintiff's Complaint, and that its proper name is "Tyson Chicken, Inc." For consistency, the Court refers to the party in this Judgment as Tyson Foods, Inc.